UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UPWORK GLOBAL INC., <br>     Plaintiff, <br>     v. <br> FAN LIAN, <br>     Defendant. | Case No. 19-cv-07719-SI <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION FOR DEFAULT JUDGMENT** <br><br> Re: Dkt. Nos. 32, 39 |

On March 2, 2021, Magistrate Judge Cousins issued a report and recommendation (the "Report") in this case. Dkt. No. 39. The Report finds that the Court has jurisdiction over defendant, that email service on defendant was effective, and that plaintiff's motion for default judgment should be granted. The Report recommends awarding plaintiff the following relief: (1) an injunction enjoining defendant Lian from accessing or using Upwork Global Inc.'s website, servers, systems and platform; and renting, purchasing, or soliciting the sale or rental of Upwork accounts in any way; and (2) an award of $11,000 for damages; $2,884.54 for costs, and $25,000 for legal fees, totaling $38,884.54. Although defendant was electronically served with the complaint and summons, Dkt. No. 25, defendant failed to answer or otherwise respond. After the Clerk of the Court entered default, plaintiff moved for default judgment. Dkt. No. 32. Defendant did not file any response to the motion.

Defendant was electronically served with the Report on March 4, 2021. Dkt. No. 42. Pursuant to 28 U.S.C. § 636(b)(1), the parties had fourteen days from service of the Report to file written objections. *See also* Fed. R. Civ. P. 72(b). Nobody has filed an objection to the Report.

The Court has reviewed the Report and the docket in this case. The Court agrees with Judge Cousins' legal analysis and factual findings, and accordingly the Court ADOPTS the Report and

Recommendation and GRANTS plaintiff's motion for default judgment. The Court also finds that the requested attorneys' fees and costs are supported by the declaration of Nicholas Fram at Dkt. No. 32-2.

The Court hereby ORDERS as follows: defendant Lian is ENJOINED from accessing or using Upwork Global Inc.'s website, servers, systems and platform; and renting, purchasing, or soliciting the sale or rental of Upwork accounts in any way. The Court also awards $11,000 for damages; $2,884.54 for costs, and $25,000 for legal fees, totaling $38,884.54.

**IT IS SO ORDERED**.

Dated: March 19, 2021

SUSAN ILLSTON
United States District Judge