UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UPWORK GLOBAL INC., <br> Plaintiff, <br> v. <br> FAN LIAN, <br> Defendant. | Case No. 19-cv-07719-SI <br><br> **JUDGMENT** |

The Court hereby enters judgment in favor of plaintiff and against defendant in the amount of $38,884.54. Defendant Fan Lian is also permanently enjoined from accessing or using Upwork Global Inc.'s website, servers, systems and platform; and renting, purchasing, or soliciting the sale or rental of Upwork accounts in any way.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 19, 2021

_____
SUSAN ILLSTON
United States District Judge